■ JOCHAN SKROK v. LYKES BROS. STEAMSHIP CO., INC.— Application denied, with $10 costs, and the stay is vacated. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ JENNIE RUBIN v. TREMONT NORMAN MOTORS CORP.— Application denied, with $10 costs, and the stay is vacated. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of PERMA REALTY CORP. against JOSEPH J. EINHORN.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ PLATA AMERICAN TRADING, INC., et al., Respondents, v. KENNETH LANCASHIRE and All Other Underwriters at Lloyd's Subscribing Open Marine Cover C 3640 et al., Respondents, and RANDOLPH W. SLUTER, Doing Business as CHAS. MARTIN & COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente and Bastow, JJ.

■ PLATA AMERICAN TRADING, INC., et al., Respondents, v. KENNETH LANCASHIRE and All Other Underwriters at Lloyd's Subscribing Open Marine Cover C 3640 et al., Respondents, and RANDOLPH W. SLUTER, Doing Business as CHAS. MARTIN & COMPANY, Appellant.— Cross motions by Hamburg-Amerika Linie is denied, without prejudice, as academic in view of the decision of this court in Plata American Trading v. Lancashire (7 A D 2d 838). Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ PLATA AMERICAN TRADING, INC., et al., Respondents, v. KENNETH LANCASHIRE and All Other Underwriters at Lloyd's Subscribing Open Marine Cover C 3640 et al., Respondents, and RANDOLPH W. SLUTER, Doing Business as CHAS. MARTIN & COMPANY, Appellant.— Cross motion by Kenneth Lancashire is denied, without prejudice, as academic in view of the decision of this court in Plata American Trading v. Lancashire (7 A D 2d 838). Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

# (January 20, 1959)

■ FRANK DE CARLO, Respondent, v. ELIZABETH FALCO et al., Appellants.— Judgment modified, with costs to appellants, on the ground that on this record the award is grossly excessive, and the award is reduced to $15,000. Botein, P. J., M. M. Frank, and Bergan, JJ., concur; Breitel and McNally, JJ., dissent and vote to reverse and order a new trial on issues of liability and damage on the ground that the judgment is against the weight of the credible evidence.

■ DE LILLO CONSTRUCTION CO., INC., Respondent, v. LIZZA & SONS, INC., Appellant, et al., Defendants.— Order unanimously affirmed, without costs. Although it is difficult to reconcile it with the reasoning in later decisions involving arbitration agreements, we are constrained to follow Matter of Young v. Crescent Development Co. (240 N. Y. 244). Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of DE LILLO CONSTRUCTION CO., INC., Respondent, LIZZA & SONS, INC., Appellant.— Appeal dismissed, without costs, as academic, it appearing from the oral argument that a new notice of lien has been filed. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ JULES REINER, Doing Business as REINER REALTY CO., et al., Respondents, v. WILLIAM MEYERS et al., Defendants, and LOUIS J. GLICKMAN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Settle order fixing date for examination to